```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/23/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------- X
                                                                      :

DENIM TEARS, LLC,                           :

                                            Plaintiff,  :         1:24-cv-5674-GHW

                          -v-                          :              <u>ORDER</u>

ALL-IN-ONE STORE, *et al.*,               :

                                    Defendants.  :
----------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

       The Court orders that this Action be unsealed. Records Management is directed to upload all documents filed to date on the Electronic Case Filing system.

       SO ORDERED.

Dated: April 23, 2025
       New York, New York

                                                                _____
                                                                GREGORY H. WOODS
                                                             United States District Judge