```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                  :
DENIM TEARS, LLC,                                                 :
                                                                  :
                              Plaintiff,                          :
                                                                  :     1:24-cv-5674-GHW
              -against-                                           :
                                                                  :
ALL-IN-ONE STORE, et al.,                                         :            ORDER
                                                                  :
                              Defendants.                         :
                                                                  :
------------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/23/2025

GREGORY H. WOODS, District Judge:

For the reasons stated on the record during the April 23, 2025 conference, the Temporary Restraining Order that the Court issued on March 27, 2025 and extended on April 4, 2025 (the "TRO") is extended with respect to Defendant All-In-One Store ("Defendant") through May 1, 2025. Pursuant to the Court's April 4, 2025 order, the TRO is ineffective as to all other defendants in this case as of April 23, 2025.

The deadline for Plaintiff to submit materials in support of its application to effect alternative service on Defendant is April 28, 2025. The deadline for Plaintiff to submit materials in support of any application for a preliminary injunction against Defendant is also April 28, 2025.

Plaintiff is directed to serve a copy of this order on Defendant and to retain proof of service.

SO ORDERED.

Dated: April 23, 2025 at 8:48 p.m.
New York, New York

_____
GREGORY H. WOODS
United States District Judge