Jason M. Drangel (JD 7204)
jdrangel@ipcounselors.com
Ashly E. Sands (AS 7715)
asands@ipcounselors.com
Danielle S. Futterman (DY 4228)
dfutterman@ipcounselors.com
Gabriela N. Nastasi
gnastasi@ipcounselors.com
Grace A. Rawlins
grawlins@ipcounselors.com
Melissa Levine
Mlevine@ipcounselors.com
EPSTEIN DRANGEL LLP
60 East 42nd Street, Suite 1250
New York, NY 10165
Telephone: (212) 292-5390
Facsimile: (212) 292-5391
*Attorneys for Plaintiff*
*Denim Tears LLC*

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/5/25
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DENIM TEARS, LLC, <br><br> *Plaintiff* <br><br> v. <br><br> ALL-IN-ONE STORE, AOSHIYA WORK PANTS STORE, BEATA LES TENDANCE STORE, CATHERINE'S WARDROBE STORE, COSY ZONE777 STORE, DONGGUAN BAITE TECHNOLOGY CO., LTD., DONGGUAN CAIHENG APPAREL CO., LTD., DONGGUAN SANNIU CLOTHING CO., LTD., DONGGUAN WEIYOU IMPORT EXPORT CO., LTD., DONGGUAN YILAN GARMENT CO., LTD., DONGGUAN YIXIAN GARMENT CO., LTD., EHMD OFFICIAL STORE, ESSENTIALS 11 STORE, FASHION TRENDY SHOP STORE, FIRMRANCH ANOTHER STORE, FOSHAN JIANGHUITONG TRADING CO., LTD., FUJIAN QUANZHOU TEQIAN TRADE CO., LTD, GREEN FIARY STORE , GUANGXI JINSHUXIANG APPAREL CO., LTD., GUANGZHOU BAIYUN JINSHA YANGWANG BOUTIQUE STORE, GUANGZHOU BEICHAO CLOTHING | CIVIL ACTION NO. 24-cv-5674 (GHW) <br><br> [~~PROPOSED~~] ORDER GRANTING ALTERNATIVE SERVICE ON DEFENDANT ALL-IN-ONE STORE |

CO., LTD., GUANGZHOU BOXU TRADING CO., LTD., GUANGZHOU FANSHENG TRADE CO., LTD., GUANGZHOU JIAERDI GARMENT CO., LTD., GUANGZHOU JSW TECHNOLOGY CO., LTD., GUANGZHOU JUNBO CLOTHING CO., LTD., GUANGZHOU KULA CLOTHING CO., LTD., GUANGZHOU LANGSHI GARMENT CO., LTD., GUANGZHOU LEISURELY FASHION CORPORATIONLIMITED, GUANGZHOU LUOSI INTERNATIONAL TRADING CO., LTD., GUANGZHOU NINGPU GARMENTS CO., LTD., GUANGZHOU PEI MING CLOTHING CO., LTD., GUANGZHOU QIRUN TRADING CO., LTD., GUANGZHOU RUIBEIER INDUSTRIAL CO., LTD., GUANGZHOU SUNHOUSE CO., LTD., GUANGZHOU TIANDUODUO TRADING CO., LTD., GUANGZHOU WEI ZHU CLOTHING CO., LTD., GUANGZHOU YILUHONG GARMENT CO., LTD., GUANGZHOU YINIER CLOTHING FIRM, GUANGZHOU YOUYUAN GARMENT CO., LTD., GUANGZHOU YUNYING CLOTHING CO., LTD., HAKKA SISTER (GUANGZHOU) TECHNOLOGY CO., LTD, HEFEI OMG IMPORT AND EXPORT CO., LTD, HELLSTAR STUDIOS OFFICE STORE, HENAN LANSHENG TRADING CO., LTD., HENGSHUI LIQI TRADING CO., LTD., HENGSHUI NADAQI TRADING CO., LTD., HENGYANG JAYJAY TRADING CO., LTD., JIAN 'OU BORUI TRADING CO., LTD., JIANGXI FRIENDS GARMENT CO., LTD., JIANGXI SHIYIXIA CLOTHING CO., LTD., JINHUA YUMCO IMPORT AND EXPORT CO., LTD., KANYE STREETWEAR STORE, LOUISFASHION LIMITED, MC INDUSTRIAL (GUANGZHOU) CO.,LTD., MFASHION STORE, NANCHANG MAIKOUQI CLOTHING TRADING CO., LTD., NANJING SHENGSHIYUAN INTERNATIONAL TRADE CO., LTD., NVFELIX SPECIALTY STORE, ORIENTAL JINGWEI (XIAMEN) IMPORT & EXPORT CO., LTD., QUANZHOU CHENSHENG TRADING CO., LTD., QUANZHOU CITY FENGZE DISTRICT ZHUOKE TRADING CO., LTD., QUANZHOU FENGZE DISTRICT SHENGQIAOZHI SHOES CLOTHING FIRM, QUANZHOU HOHAI TRADE COMPANY LIMITED, QUANZHOU MINYOU IMPORT AND EXPORT CO., LTD., QUANZHOU PATTI TRADING CO., LTD., SHENZHEN HOYUGO FASHION CO., LTD., SHENZHEN MCGREEN TECHNOLOGY CO., LTD., SHISHI GETERUIQU TRADING CO., LTD., SHISHI MENGDIQIU GARMENT CO., LTD., SHOP1102547684

STORE, SHOP1103534945 STORE, SIMENUAL OFFICIAL STORE, WEIRD PUSS OFFICIAL STORE, XIAMEN NINGNING QI E-COMMERCE CO., LTD., XIAMEN ZAILUSHANG CULTURE MEDIA CO., LTD., YIWU CHUANHU TRADE CO., LTD., YIWU DUOYIDUO E-COMMERCE CO., LTD., YIWU GENDUN E-COMMERCE FIRM, YIWU KUAYUE TRADE CO., LTD., YIWU MONGXU ECOMMERCE FIRM, YIWU MUXIAO INTERNATIONAL TRADE CO., LTD, YIWU OUER SUPPLY CHAIN CO., LTD., YIWU OUTAO E-COMMERCE FIRM, YIWU PENG RUI JEWELRY ACCESSORIES CO., LTD., YIWU PUYANG E-COMMERCE FIRM, YIWU QIUDUN IMPORT & EXPORT CO., LTD., YIWU SUBKING TECHNOLOGY CO., LTD., YIWU WEIYU JEWELRY CO., LTD., YIWU XINCHUAN CLOTHING CO., LTD. and ZHICIYIJIA STORE,

*Defendants*

# GLOSSARY

| Term | Definition | Docket Entry Number |
|---|---|---|
| **Plaintiff or Denim Tears** | Denim Tears, LLC | N/A |
| **Defendant** | All-in-One Store | N/A |
| **Alibaba** | Alibaba.com Singapore E-Commerce Ptd. Ltd. and/or any other entity that owns and/or operates the Alibaba.com online marketplace platform, which allows manufacturers, wholesalers and other third-party merchants, like Defendants, to advertise, offer for sale, sell, distribute and ship their wholesale and retail products originating from China directly to consumers across the world and specifically to consumers residing in the U.S., including New York | N/A |
| **AliExpress** | AliExpress E-Commerce One Pte., Ltd. and/or any other entity that owns and/or operates the Alibaba.com online marketplace platform, which allows manufacturers, wholesalers and other third-party merchants, like Defendants, to advertise, offer for sale, sell, distribute and ship their wholesale and retail products originating from China directly to consumers across the world and specifically to consumers residing in the U.S., including New York | N/A |
| **Sealing Order** | Order to Seal File entered on July 26, 2024 | 1 |
| **Complaint** | Plaintiffs' Complaint filed on July 26, 2024 | 5 |
| **Application** | Plaintiffs' e*x parte* Application for: 1) a temporary restraining order; 2) an order restraining Merchant Storefronts (as defined *infra*) and Defendants' Assets (as defined *infra*) with the Financial Institutions (as defined *infra*); 3) an order to show cause why a preliminary injunction should not issue; 4) an order authorizing bifurcated and alternative service and 5) an order authorizing expedited discovery filed on July 26, 2024 | 11-13, 16 |
| **Herring Dec.** | Declaration of Kevin Herring in Support of Plaintiff's Application | 16 |
| **Nastasi Dec.** | Declaration of Gabriela N. Nastasi in Support of Plaintiff's Application | 13 |
| **TRO** | 1) Temporary Restraining Order; 2) Order Restraining Merchant Storefronts and Defendants' Assets with the Financial Institutions; 3) Order to Show Cause Why a Preliminary Injunction Should Not Issue; 4) Order Authorizing Bifurcated and Alternative Service; and 5) | N/A |

i

|  | Order Authorizing Expedited Discovery entered March 27, 2025 |  |
|---|---|---|
| **PI Show Cause Hearing** | April 23, 2025 hearing to show cause why a preliminary injunction should not issue | N/A |
| **PI Order** | The Preliminary Injunction Order | 15 |
| **Denim Tears Products** | A successful and high-end lifestyle streetwear line of men's and women's apparel, as well as accessories, bags and other ready-made goods | N/A |
| **Denim Tears Marks** | U.S. Trademark Registration Nos.: 6,130,729 for " DENIM TEARS " for a variety of goods in Class 25 and 6,770,233 for " [wreath image] " for a variety of goods in Class 25 | N/A |
| **Denim Tears Work** | U.S. Copyright Registration No.: VA 2-248-145 covering "COTTON WREATH" | N/A |
| **Counterfeit Products** | Products bearing or used in connection with the Denim Tears Marks and/or Denim Tears Work, and/or products in packaging and/or containing labels bearing the Denim Tears Marks and/or Denim Tears Work, and/or bearing or used in connection with marks and/or artwork that are confusingly ~~and/or substantially~~ similar to the Denim Tears Marks and/or Denim Tears Work, and/or products that are identical or confusingly similar to the Denim Tears Products | N/A |
| **Infringing Listings** | Defendants' listings for Counterfeit Products | N/A |
| **User Accounts** | Any and all websites and any and all accounts with online marketplace platforms such as Alibaba and/or AliExpress, as well as any and all as yet undiscovered accounts with additional online marketplace platforms held by or associated with Defendants, their respective officers, employees, agents, servants and all persons in active concert or participation with any of them | N/A |
| **Merchant Storefronts** | Any and all User Accounts through which Defendants, their respective officers, employees, agents, servants and all persons in active concert or participation with any of them operate storefronts to manufacture, import, export, advertise, market, promote, distribute, display, offer for sale, sell and/or otherwise deal in Counterfeit Products, | N/A |

| | | |
|---|---|---|
| | which are held by or associated with Defendants, their respective officers, employees, agents, servants and all persons in active concert or participation with any of them | |
| **Defendants' Assets** | Any and all money, securities or other property or assets of Defendants (whether said assets are located in the U.S. or abroad) | N/A |
| **Defendants' Financial Accounts** | Any and all financial accounts associated with or utilized by any Defendants or any Defendants' User Accounts or Merchant Storefront(s) (whether said account is located in the U.S. or abroad) | N/A |
| **Financial Institutions** | PayPal Inc. ("PayPal"), Payoneer Inc. ("Payoneer"), the Alibaba Group d/b/a Alibaba.com payment services, Alipay.com Co., Ltd., Ant Financial Services Group, AUS Merchant Services, Inc. ("AUS"), Alipay Merchant Services Pte. Ltd., PingPong Global Solutions, Inc. ("PingPong"), in each case provided that such entity is subject to the jurisdiction of this Court | N/A |
| **Third Party Service Providers** | Online marketplace platforms, including, without limitation, Alibaba and/or AliExpress, as well as any and all as yet undiscovered online marketplace platforms and/or entities through which Defendants, their respective officers, employees, agents, servants and all persons in active concert or participation with any of them manufacture, import, export, advertise, market, promote, distribute, offer for sale, sell and/or otherwise deal in Counterfeit Products which are hereinafter identified as a result of any order entered in this action, or otherwise, in each case provided that such entity is subject to the jurisdiction of this Court | N/A |
| **Supplemental Nastasi Dec.** | Declaration of Gabriela N. Nastasi in Support of Plaintiff's Supplemental Briefing for alternative service by messaging the Defendant | TBD |

iii

The Court, having considered the Memorandum of Law and Supplemental Declaration of Gabriela N. Nastasi, hereby GRANTS Plaintiff's Motion for Alternative Service as to the Defendant.

Accordingly, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

1) Pursuant to Fed. R. Civ. P. 4(f)(3), as sufficient cause has been shown, that service may be made on, and shall be deemed effective as to Defendant All-in-One Store if it is completed by the following means:

    a. delivery of a message to Defendant through the system for communications established by AliExpress on its platform ("AliExpress' Messaging System"), notifying Defendant that an action has been filed against it in this Court and providing a link to a secure website (such as NutStore or a large mail link created through Rmail.com) where Defendant will be able to download PDF copies of the TRO together with the Summons and Complaint, and all papers filed in support of Plaintiff's Application seeking the TRO and by uploading PDF copies of the Summons, Complaint, TRO and all documents filed in support of Plaintiff's Application to Defendant on AliExpress' Messaging System.

**SO ORDERED.**

SIGNED this  5th   day of   May      , 2025, at _____ .m.

_____
HON. GREGORY H. WOODS
UNITED STATES DISTRICT JUDGE