```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/5/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
:
DENIM TEARS, LLC, :
:
                             Plaintiff, :      1:24-cv-5674-GHW
:
               -v- :         ORDER
:
ALL-IN-ONE STORE, *et al.*, :
:
                           Defendants. :
:
------------------------------------------------------------------ X

GREGORY H. WOODS, United States District Judge:

    On April 23, 2025, the Court issued a preliminary injunction against most of the named defendants in this case. Dkt. No. 15 (the "Preliminary Injunction"). The Preliminary Injunction did not cover Defendant All-In-One Store ("Defendant"). *See id.*

    Also on April 23, 2025, the Court issued an order requiring, among other things, that Plaintiff submit materials in support of any application for a preliminary injunction against Defendant by no later than April 28, 2025. Dkt. No. 14. On April 28, 2025, Plaintiff submitted materials in support of an application for an amended preliminary injunction that covers Defendant. Dkt. No. 24 (motion); Dkt. No. 25 (declaration in support of motion); Dkt. No. 26 (memorandum of law in support of motion); Dkt. No. 28 (proposed amended preliminary injunction order). Plaintiff's proposed amended preliminary injunction order is only available as a PDF. Dkt. No. 28. The Court requests that Plaintiff provide an editable Microsoft Word version of the proposed amended preliminary injunction to the Court via email at WoodsNYSDChambers@nysd.uscourts.gov. Plaintiff should do so by no later than May 8, 2025.

    Plaintiff is directed to serve a copy of this order on Defendant and to retain proof of service.

    SO ORDERED.

Dated: May 5, 2025
       New York, New York
                                                                 _____
                                                                 GREGORY H. WOODS
                                                             United States District Judge