USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  5/14/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------ X

DENIM TEARS, LLC,

                              Plaintiff,     :            1:24-cv-5674-GHW

               -v-                        :              ORDER

ALL-IN-ONE STORE, *et al.*,

                         Defendants.  :

------------------------------------------------------------------ X

GREGORY H. WOODS, United States District Judge:

On May 5, 2025, the Court issued an amended preliminary injunction in this case.  Dkt. No. 31.  Since then, Plaintiff has not taken any action to prosecute this case and no defendant has appeared.  Accordingly, Plaintiff is directed to submit a status letter proposing next steps in this case, including whether the Court should schedule an initial pretrial conference, no later than May 21, 2026.  Plaintiff is directed to serve a copy of this order on Defendants and to retain proof of service.

SO ORDERED.

Dated:  May 14, 2026
        New York, New York

                                       _____
                                        GREGORY H. WOODS
                                 United States District Judge