

**EPSTEIN DRANGEL LLP**

60 East 42nd Street, Suite 1250, New York, NY 10165
**T:** 212.292.5390 • **E:** mail@ipcounselors.com
www.ipcounselors.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: _6/3/2026_

# MEMORANDUM ENDORSED

June 3, 2026

**<u>VIA E-MAIL</u>**
Hon. Gregory H. Woods
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007

> **Re:** ***Denim Tears, LLC v. All-in-One Store, et al.*, Case No. 24-cv-5674**
> <u>**Request to Extend Deadline to File Default Judgment Motion**</u>

Dear Judge Woods,

We represent Plaintiff Denim Tears, LLC ("Plaintiff") in the above-referenced matter (the "Action").[1] On May 21, 2026, the Court ordered Plaintiff to file a default judgment motion ("DJ Motion") no later than June 12, 2026 against Defendants ("May 21, 2026 Order"). (Dkt. 41). For the reasons set forth herein, Plaintiff respectfully requests that the Court grant an extension of Plaintiff's deadline to file its DJ Motion. In accordance with Your Honor's Individual Rules of Practice, Plaintiff submits the following:

1. **<u>Original Due Date</u>**: Plaintiff's current deadline to file its DJ Motion is June 12, 2026.
2. **<u>The number of previous requests for adjournment</u>**: This is Plaintiff's first request for an extension of time to file its DJ Motion.
3. **<u>The reason for the current request</u>**: Plaintiff's counsel is currently drafting the DJ Motion, but in light of the Court's request at the default judgment hearing for another matter with a similarly-situated plaintiff, *Loewe, S.A. v. Beijing Onward Fashion Co., Ltd.*, Case No. 24-cv-8871 (GHW) (S.D.N.Y. June 3, 2026), Plaintiff's counsel is gathering additional evidence to support its service arguments. Extending the deadline for Plaintiff to file its DJ Motion by two weeks, to June 26, 2026, will allow for more time for Plaintiff to draft the DJ Motion accordingly.
4. **<u>Whether the adversary consents</u>**: Given that Defendants are in default, Plaintiff did not seek their consent.
5. **<u>Proposed alternative dates</u>**: Plaintiff respectfully requests to file its DJ Motion by June 26, 2026.

We thank the Court for its time and attention to this matter.

---

[1] Where a defined term is referenced herein but not defined, it should be understood as it is defined in the Glossary in Plaintiff's Complaint.

Hon. Gregory H. Woods
June 3, 2026
Page 2

Respectfully submitted,

**EPSTEIN DRANGEL LLP**

BY: /s/ Melissa J. Levine
Melissa J. Levine
mlevine@ipcounselors.com
6 East 45th Street, 7th Floor
New York, NY 10017
Telephone: (212) 292-5390
Facsimile: (212) 292-5391
*Attorneys for Plaintiff*

Application granted.  Plaintiff's application for an extension of time to file a motion for default judgment, Dkt. No. 42, is granted.  The deadline for Plaintiff to file a motion for default judgment is extended to June 26, 2026.  The Clerk of Court is directed to terminate the motion pending at Dkt. No. 42.

SO ORDERED.
Dated:  June 3, 2026
New York, New York

_____
GREGORY H. WOODS
United States District Judge