UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DENIM TEARS, LLC,

*Plaintiff*

v.

ALL-IN-ONE STORE, AOSHIYA WORK PANTS STORE, BEATA LES TENDANCE STORE, CATHERINE'S WARDROBE STORE, COSY ZONE777 STORE, DONGGUAN BAITE TECHNOLOGY CO., LTD., DONGGUAN CAIHENG APPAREL CO., LTD., DONGGUAN SANNIU CLOTHING CO., LTD., DONGGUAN WEIYOU IMPORT EXPORT CO., LTD., DONGGUAN YILAN GARMENT CO., LTD., DONGGUAN YIXIAN GARMENT CO., LTD., EHMD OFFICIAL STORE, ESSENTIALS 11 STORE, FASHION TRENDY SHOP STORE, FIRMRANCH ANOTHER STORE, FOSHAN JIANGHUITONG TRADING CO., LTD., FUJIAN QUANZHOU TEQIAN TRADE CO., LTD, GREEN FIARY STORE , GUANGXI JINSHUXIANG APPAREL CO., LTD., GUANGZHOU BAIYUN JINSHA YANGWANG BOUTIQUE STORE, GUANGZHOU BEICHAO CLOTHING CO., LTD., GUANGZHOU BOXU TRADING CO., LTD., GUANGZHOU FANSHENG TRADE CO., LTD., GUANGZHOU JIAERDI GARMENT CO., LTD., GUANGZHOU JSW TECHNOLOGY CO., LTD., GUANGZHOU JUNBO CLOTHING CO., LTD., GUANGZHOU KULA CLOTHING CO., LTD., GUANGZHOU LANGSHI GARMENT CO., LTD., GUANGZHOU LEISURELY FASHION CORPORATIONLIMITED, GUANGZHOU LUOSI INTERNATIONAL TRADING CO., LTD., GUANGZHOU NINGPU GARMENTS CO., LTD., GUANGZHOU PEI MING CLOTHING CO., LTD., GUANGZHOU QIRUN TRADING CO., LTD., GUANGZHOU RUIBEIER INDUSTRIAL CO., LTD., GUANGZHOU SUNHOUSE CO., LTD., GUANGZHOU TIANDUODUO TRADING CO., LTD., GUANGZHOU WEI ZHU CLOTHING CO., LTD., GUANGZHOU YILUHONG GARMENT CO., LTD., GUANGZHOU YINIER CLOTHING FIRM,

**CIVIL CASE NO. 1:24-cv-5674-GHW**

**FINAL DEFAULT JUDGMENT AND INJUNCTION ORDER**

GUANGZHOU YOUYUAN GARMENT CO., LTD., GUANGZHOU YUNYING CLOTHING CO., LTD., HAKKA SISTER (GUANGZHOU) TECHNOLOGY CO., LTD, HEFEI OMG IMPORT AND EXPORT CO., LTD, HELLSTAR STUDIOS OFFICE STORE, HENAN LANSHENG TRADING CO., LTD., HENGSHUI LIQI TRADING CO., LTD., HENGSHUI NADAQI TRADING CO., LTD., HENGYANG JAYJAY TRADING CO., LTD., JIAN 'OU BORUI TRADING CO., LTD., JIANGXI FRIENDS GARMENT CO., LTD., JIANGXI SHIYIXIA CLOTHING CO., LTD., JINHUA YUMCO IMPORT AND EXPORT CO., LTD., KANYE STREETWEAR STORE, LOUISFASHION LIMITED, MC INDUSTRIAL (GUANGZHOU) CO.,LTD., MFASHION STORE, NANCHANG MAIKOUQI CLOTHING TRADING CO., LTD., NANJING SHENGSHIYUAN INTERNATIONAL TRADE CO., LTD., NVFELIX SPECIALTY STORE, ORIENTAL JINGWEI (XIAMEN) IMPORT & EXPORT CO., LTD., QUANZHOU CHENSHENG TRADING CO., LTD., QUANZHOU CITY FENGZE DISTRICT ZHUOKE TRADING CO., LTD., QUANZHOU FENGZE DISTRICT SHENGQIAOZHI SHOES CLOTHING FIRM, QUANZHOU HOHAI TRADE COMPANY LIMITED, QUANZHOU MINYOU IMPORT AND EXPORT CO., LTD., QUANZHOU PATTI TRADING CO., LTD., SHENZHEN HOYUGO FASHION CO., LTD., SHENZHEN MCGREEN TECHNOLOGY CO., LTD., SHISHI GETERUIQU TRADING CO., LTD., SHISHI MENGDIQIU GARMENT CO., LTD., SHOP1102547684 STORE, SHOP1103534945 STORE, SIMENUAL OFFICIAL STORE, WEIRD PUSS OFFICIAL STORE, XIAMEN NINGNING QI E-COMMERCE CO., LTD., XIAMEN ZAILUSHANG CULTURE MEDIA CO., LTD., YIWU CHUANHU TRADE CO., LTD., YIWU DUOYIDUO E-COMMERCE CO., LTD., YIWU GENDUN E-COMMERCE FIRM, YIWU KUAYUE TRADE CO., LTD., YIWU MONGXU ECOMMERCE FIRM, YIWU MUXIAO INTERNATIONAL TRADE CO., LTD, YIWU OUER SUPPLY CHAIN CO., LTD., YIWU OUTAO E-COMMERCE FIRM, YIWU PENG RUI JEWELRY ACCESSORIES CO., LTD., YIWU PUYANG E-COMMERCE FIRM, YIWU QIUDUN IMPORT & EXPORT CO., LTD., YIWU SUBKING

TECHNOLOGY CO., LTD., YIWU WEIYU JEWELRY CO., LTD., YIWU XINCHUAN CLOTHING CO., LTD. AND ZHICIYIJIA STORE,

*Defendants*

# GLOSSARY

| Term | Definition | Docket Entry No. |
|---|---|---|
| **Plaintiff or Denim Tears** | Denim Tears, LLC | N/A |
| **Defendants** | All-In-One Store, AOSHIYA Work Pants Store, Beata Les Tendance Store, Catherine's Wardrobe Store, Cosy Zone777 Store, Dongguan Baite Technology Co., Ltd., Dongguan Caiheng Apparel Co., Ltd., Dongguan Sanniu Clothing Co., Ltd., Dongguan Weiyou Import Export Co., Ltd., Dongguan Yilan Garment Co., Ltd., Dongguan Yixian Garment Co., Ltd., Ehmd Official Store, Essentials 11 Store, Fashion Trendy Shop Store, Firmranch Another Store, Foshan Jianghuitong Trading Co., Ltd., Fujian Quanzhou Teqian Trade Co., Ltd, Green Fiary Store , Guangxi Jinshuxiang Apparel Co., Ltd., Guangzhou Baiyun Jinsha Yangwang Boutique Store, Guangzhou Beichao Clothing Co., Ltd., Guangzhou Boxu Trading Co., Ltd., Guangzhou Fansheng Trade Co., Ltd., Guangzhou Jiaerdi Garment Co., Ltd., Guangzhou Jsw Technology Co., Ltd., Guangzhou Junbo Clothing Co., Ltd., Guangzhou Kula Clothing Co., Ltd., Guangzhou Langshi Garment Co., Ltd., Guangzhou Leisurely Fashion Corporationlimited, Guangzhou Luosi International Trading Co., Ltd., Guangzhou Ningpu Garments Co., Ltd., Guangzhou Pei Ming Clothing Co., Ltd., Guangzhou Qirun Trading Co., Ltd., Guangzhou Ruibeier Industrial Co., Ltd., Guangzhou Sunhouse Co., Ltd., Guangzhou Tianduoduo Trading Co., Ltd., Guangzhou Wei Zhu Clothing Co., Ltd., Guangzhou Yiluhong Garment Co., Ltd., Guangzhou Yinier Clothing Firm, Guangzhou Youyuan Garment Co., Ltd., Guangzhou Yunying Clothing Co., Ltd., Hakka Sister (Guangzhou) Technology Co., Ltd, Hefei Omg Import And Export Co., Ltd, Hellstar Studios Office Store, Henan Lansheng Trading Co., Ltd., Hengshui Liqi Trading Co., Ltd., Hengshui Nadaqi Trading Co., Ltd., Hengyang Jayjay Trading Co., Ltd., Jian 'Ou Borui Trading Co., Ltd., Jiangxi Friends Garment Co., Ltd., Jiangxi Shiyixia Clothing Co., Ltd., Jinhua Yumco Import And Export Co., Ltd., Kanye Streetwear Store, Louisfashion Limited, Mc Industrial (Guangzhou) Co.,Ltd., Mfashion Store, Nanchang Maikouqi Clothing Trading Co., Ltd., Nanjing Shengshiyuan International Trade Co., Ltd., Nvfelix Specialty Store, Oriental Jingwei (Xiamen) Import & Export Co., Ltd., Quanzhou Chensheng Trading Co., Ltd., Quanzhou City Fengze District Zhuoke Trading Co., Ltd., Quanzhou Fengze District Shengqiaozhi Shoes Clothing Firm, Quanzhou Hohai Trade | N/A |

| | | |
|---|---|---|
| | Company Limited, Quanzhou Minyou Import And Export Co., Ltd., Quanzhou Patti Trading Co., Ltd., Shenzhen Hoyugo Fashion Co., Ltd., Shenzhen Mcgreen Technology Co., Ltd., Shishi Geteruiqu Trading Co., Ltd., Shishi Mengdiqiu Garment Co., Ltd., Shop1102547684 Store, Shop1103534945 Store, Simenual Official Store, Weird Puss Official Store, Xiamen Ningning Qi E-Commerce Co., Ltd., Xiamen Zailushang Culture Media Co., Ltd., Yiwu Chuanhu Trade Co., Ltd., Yiwu Duoyiduo E-Commerce Co., Ltd., Yiwu Gendun E-Commerce Firm, Yiwu Kuayue Trade Co., Ltd., Yiwu Mongxu Ecommerce Firm, Yiwu Muxiao International Trade Co., Ltd, Yiwu Ouer Supply Chain Co., Ltd., Yiwu Outao E-Commerce Firm, Yiwu Peng Rui Jewelry Accessories Co., Ltd., Yiwu Puyang E-Commerce Firm, Yiwu Qiudun Import & Export Co., Ltd., Yiwu Subking Technology Co., Ltd., Yiwu Weiyu Jewelry Co., Ltd., Yiwu Xinchuan Clothing Co., Ltd. And Zhiciyijia Store | |
| **Defaulting Defendants** | AOSHIYA Work Pants Store, Beata Les Tendance Store, Catherine's Wardrobe Store, Cosy Zone777 Store, Dongguan Baite Technology Co., Ltd., Dongguan Sanniu Clothing Co., Ltd., Dongguan Weiyou Import Export Co., Ltd., Dongguan Yilan Garment Co., Ltd., Dongguan Yixian Garment Co., Ltd., EHMD Official Store, ESSENTIALS 11 Store, Fashion Trendy Shop Store, Firmranch Another Store, Foshan Jianghuitong Trading Co., Ltd., Fujian Quanzhou Teqian Trade Co., Ltd, Green Fiary Store , Guangxi Jinshuxiang Apparel Co., Ltd., Guangzhou Baiyun Jinsha Yangwang Boutique Store, Guangzhou Beichao Clothing Co., Ltd., Guangzhou Boxu Trading Co., Ltd., Guangzhou Fansheng Trade Co., Ltd., Guangzhou Jiaerdi Garment Co., Ltd., Guangzhou JSW Technology Co., Ltd., Guangzhou Junbo Clothing Co., Ltd., Guangzhou Kula Clothing Co., Ltd., Guangzhou Leisurely Fashion Corporationlimited, Guangzhou Luosi International Trading Co., Ltd., Guangzhou Ningpu Garments Co., Ltd., Guangzhou Pei Ming Clothing Co., Ltd., Guangzhou Qirun Trading Co., Ltd., Guangzhou Ruibeier Industrial Co., Ltd., Guangzhou Sunhouse Co., Ltd., Guangzhou Tianduoduo Trading Co., Ltd., Guangzhou Wei Zhu Clothing Co., Ltd., Guangzhou Yiluhong Garment Co., Ltd., Guangzhou Yinier Clothing Firm, Guangzhou Youyuan Garment Co., Ltd., Guangzhou Yunying Clothing Co., Ltd., Hakka Sister (guangzhou) Technology Co., Ltd, Hefei Omg Import And Export Co., Ltd, Hellstar Studios Office Store, Hengshui Liqi Trading Co., Ltd., Hengshui Nadaqi Trading Co., Ltd., Hengyang Jayjay Trading Co., Ltd., Jian 'ou Borui Trading Co., Ltd., Jiangxi Friends Garment Co., Ltd., Jiangxi Shiyixia Clothing Co., Ltd., Jinhua Yumco Import And Export Co., Ltd., | N/A |

| | | |
|---|---|---|
| | Kanye Streetwear Store, Louisfashion Limited, MC Industrial (Guangzhou) Co.,Ltd., Mfashion Store, Nanchang Maikouqi Clothing Trading Co., Ltd., Nanjing Shengshiyuan International Trade Co., Ltd., NVFelix Specialty Store, Oriental Jingwei (Xiamen) Import & Export Co., Ltd., Quanzhou Chensheng Trading Co., Ltd., Quanzhou City Fengze District Zhuoke Trading Co., Ltd., Quanzhou Fengze District Shengqiaozhi Shoes Clothing Firm, Quanzhou Hohai Trade Company Limited, Quanzhou Minyou Import And Export Co., Ltd., Quanzhou Patti Trading Co., Ltd., Shenzhen Hoyugo Fashion Co., Ltd., Shenzhen Mcgreen Technology Co., Ltd., Shishi Geteruiqu Trading Co., Ltd., Shishi Mengdiqiu Garment Co., Ltd., Shop1102547684 Store, Shop1103534945 Store, Simenual Official Store, WEIRD PUSS Official Store, Xiamen Ningning Qi E-Commerce Co., Ltd., Xiamen Zailushang Culture Media Co., Ltd., Yiwu Chuanhu Trade Co., Ltd., Yiwu Duoyiduo E-Commerce Co., Ltd., Yiwu Gendun E-Commerce Firm, Yiwu Kuayue Trade Co., Ltd., Yiwu Mongxu Ecommerce Firm, Yiwu Muxiao International Trade Co., Ltd, Yiwu Outao ECommerce Firm, Yiwu Peng Rui Jewelry Accessories Co., Ltd., Yiwu Puyang E-Commerce Firm, Yiwu Subking Technology Co., Ltd., Yiwu Weiyu Jewelry Co., Ltd., Yiwu Xinchuan Clothing Co., Ltd. and zhiciyijia Store | |
| **Alibaba** | Alibaba.com Singapore E-Commerce Pte. Ltd. and/or any other entity that owns and/or operates the Alibaba.com online marketplace platform, which allows manufacturers, wholesalers and other third-party merchants, like Defendants, to advertise, offer for sale, sell, distribute and ship their wholesale and retail products originating from China directly to consumers across the world and specifically to consumers residing in the U.S., including New York | N/A |
| **AliExpress** | AliExpress E-Commerce One Pte., Ltd. and/or any other entity that owns and/or operates the AliExpress.com online marketplace platform, which allows manufacturers, wholesalers and other third-party merchants, like Defendants, to advertise, offer for sale, sell, distribute and ship their wholesale and retail products originating from China directly to consumers across the world and specifically to consumers residing in the U.S., including New York | N/A |
| **Sealing Order** | Order to Seal File entered on July 23, 2024 | 1 |
| **Compl.** | Plaintiff's Complaint filed on July 24, 2024 | 5 |
| **ED** | Epstein Drangel LLP, counsel for Plaintiff | N/A |
| **New York Address** | 244 Madison Ave, Suite 411, New York, New York 10016 | N/A |
| **App.** | Plaintiff's *ex parte* application for: 1) a temporary restraining order; 2) an order restraining Merchant Storefronts (as defined *infra*) and Defendants' Assets (as defined *infra*) with the | 11-13 |

| | | |
|---|---|---|
| | Financial Institutions (as defined *infra*); 3) an order to show cause why a preliminary injunction should not issue; 4) an order authorizing bifurcated and alternative service and 5) an order authorizing expedited discovery | |
| **App. MOL** | The Memorandum of Law Filed in Support of Plaintiff's App. | 12 |
| **TRO** | 1) Temporary Restraining Order; 2) Order Restraining Merchant Storefronts and Defendants' Assets with the Financial Institutions; 3) Order to Show Cause Why a Preliminary Injunction Should Not Issue; 4) Order Authorizing Bifurcated and Alternative Service; and 5) Order Authorizing Expedited Discovery entered by the Court on January 23, 2025 | N/A |
| **Herring Dec.** | Declaration of Nicolas Lambert in Support of Plaintiff's Application | 16 |
| **Nastasi Dec.** | Declaration of Gabriela N. Nastasi in Support of Plaintiff's App. | 13 |
| **Denim Tears Products** | A successful and high-end lifestyle streetwear line of men's and women's apparel, as well as accessories, bags and other ready-made goods | N/A |
| **Denim Tears Marks** | U.S. Trademark Registration Nos.: 6,130,729 for " DENIM TEARS " for a variety of goods in Class 25 and 6,770,233 for "  " for a variety of goods in Class 25 | N/A |
| **Denim Tears Work** | U.S. Copyright Registration No.: VA 2-248-145 covering "COTTON WREATH" | N/A |
| **Counterfeit Products** | Products bearing the Denim Tears Marks and/or Denim Tears Work, and/or products in packaging and/or containing labels bearing the Denim Tears Marks and/or Denim Tears Work, and/or bearing marks and/or artwork that are confusingly and/or substantially similar to the Denim Tears Marks and/or Denim Tears Work, and/or products that are identical or confusingly similar to the Denim Tears Products | N/A |
| **Infringing Listings** | Defendants' listings for Counterfeit Products | N/A |
| **User Accounts** | Any and all websites and any and all accounts with online marketplace platforms such as Alibaba and/or AliExpress, as well as any and all as yet undiscovered accounts with additional online marketplace platforms held by or associated with Defendants, their respective officers, employees, agents, | N/A |

| | | |
|---|---|---|
| | servants and all persons in active concert or participation with any of them | |
| **Merchant Storefronts** | Any and all User Accounts through which Defendants, their respective officers, employees, agents, servants and all persons in active concert or participation with any of them operate storefronts to manufacture, import, export, advertise, market, promote, distribute, display, offer for sale, sell and/or otherwise deal in Counterfeit Products, which are held by or associated with Defendants, their respective officers, employees, agents, servants and all persons in active concert or participation with any of them | N/A |
| **Defendants' Assets** | Any and all money, securities or other property or assets of Defendants (whether said assets are located in the U.S. or abroad) | N/A |
| **Defendants' Financial Accounts** | Any and all financial accounts associated with or utilized by any Defendants or any Defendants' User Accounts or Merchant Storefront(s) (whether said account is located in the U.S. or abroad) | N/A |
| **Financial Institutions** | PayPal Inc. ("PayPal"), Payoneer Inc. ("Payoneer"), the Alibaba Group d/b/a Alibaba.com payment services, Alipay.com Co., Ltd., Ant Financial Services Group, AUS Merchant Services, Inc. ("AUS"), Alipay Merchant Services Pte. Ltd., PingPong Global Solutions, Inc. ("PingPong") and/or any entities affiliated with those listed herein holding Defendants' Assets, in each case provided that such entity is subject to the jurisdiction of this Court | N/A |
| **Third Party Service Providers** | Online marketplace platforms, including, without limitation, those owned and operated, directly or indirectly by Alibaba and/or AliExpress, as well as any and all as yet undiscovered online marketplace platforms and/or entities through which Defendants, their respective officers, employees, agents, servants and all persons in active concert or participation with any of them manufacture, import, export, advertise, market, promote, distribute, offer for sale, sell and/or otherwise deal in Counterfeit Products which are hereinafter identified as a result of any order entered in this action, or otherwise, in each case provided that such entity is subject to the jurisdiction of this Court | N/A |
| **Show Cause Hearing** | April 23, 2025 hearing to show cause why a preliminary injunction should not issue | N/A |
| **PI Order** | The Preliminary Injunction Order entered on April 23, 2025 | 15 |
| **DJ Motion** | Plaintiff's Motion for Default Judgment and a Permanent Injunction Should Not be Entered Against Defaulting Defendants filed on June 24, 2026 | TBD |
| **Levine Aff.** | Affidavit by Melissa J. Levine in Support of Plaintiff's DJ Motion | TBD |

This matter comes before the Court by motion filed by Plaintiff for the entry of final judgment and permanent injunction by default against Defaulting Defendants for Defaulting Defendants' trademark infringement, trademark counterfeiting, false designation of origin, passing off and unfair competition and related state and common law claims arising out of Defaulting Defendants' unauthorized use of Plaintiff's Denim Tears Marks, without limitation, in their manufacturing, importing, exporting, advertising, marketing, promoting, distributing, displaying or offering for sale and/or selling and/or sale of Counterfeit Products.[1]

The Court, having considered the Memorandum of Law and Affidavit of Melissa J. Levine in support of Plaintiff's DJ Motion Against Defaulting Defendants, the Certificate of Service of the Summons and Complaint, the Certificate of the Clerk of the Court stating that no answer has been filed in the instant action, and upon all other pleadings and papers on file in this action, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

## I. Defaulting Defendants' Liability

1) Judgment is granted in favor of Plaintiff for the First and Second Causes of Action pleaded against Defaulting Defendants in the Complaint (trademark and trademark infringement). The Third, Fourth and Fifth Causes of Action are dismissed without prejudice.

## II. Damages Awards

1) IT IS FURTHER ORDERED, ADJUDGED AND DECREED, that because it would serve both the compensatory and punitive purposes of the Lanham Act's prohibitions on willful infringement, and because Plaintiff has sufficiently set forth the basis for the statutory damages award requested in its Memorandum of Law in Support of its Motion for Default Judgment, the Court finds such an award to be reasonable and Plaintiff is awarded Seventy-Five Thousand

[1] Where a defined term is referenced herein and not defined herein, the defined term should be understood as it is defined in the Glossary.

U.S. Dollars ($75,000.000) in statutory damages against the following eighty-five (85) Defaulting Defendants: AOSHIYA Work Pants Store, Beata Les Tendance Store, Catherine's Wardrobe Store, Cosy Zone777 Store, Dongguan Baite Technology Co., Ltd., Dongguan Sanniu Clothing Co., Ltd., Dongguan Weiyou Import Export Co., Ltd., Dongguan Yilan Garment Co., Ltd., Dongguan Yixian Garment Co., Ltd., EHMD Official Store, ESSENTIALS 11 Store, Fashion Trendy Shop Store, Firmranch Another Store, Foshan Jianghuitong Trading Co., Ltd., Fujian Quanzhou Teqian Trade Co., Ltd, Green Fiary Store , Guangxi Jinshuxiang Apparel Co., Ltd., Guangzhou Baiyun Jinsha Yangwang Boutique Store, Guangzhou Beichao Clothing Co., Ltd., Guangzhou Boxu Trading Co., Ltd., Guangzhou Fansheng Trade Co., Ltd., Guangzhou Jiaerdi Garment Co., Ltd., Guangzhou JSW Technology Co., Ltd., Guangzhou Junbo Clothing Co., Ltd., Guangzhou Kula Clothing Co., Ltd., Guangzhou Leisurely Fashion Corporationlimited, Guangzhou Luosi International Trading Co., Ltd., Guangzhou Ningpu Garments Co., Ltd., Guangzhou Pei Ming Clothing Co., Ltd., Guangzhou Qirun Trading Co., Ltd., Guangzhou Ruibeier Industrial Co., Ltd., Guangzhou Sunhouse Co., Ltd., Guangzhou Tianduoduo Trading Co., Ltd., Guangzhou Wei Zhu Clothing Co., Ltd., Guangzhou Yiluhong Garment Co., Ltd., Guangzhou Yinier Clothing Firm, Guangzhou Youyuan Garment Co., Ltd., Guangzhou Yunying Clothing Co., Ltd., Hakka Sister (guangzhou) Technology Co., Ltd, Hefei Omg Import And Export Co., Ltd, Hellstar Studios Office Store, Hengshui Liqi Trading Co., Ltd., Hengshui Nadaqi Trading Co., Ltd., Hengyang Jayjay Trading Co., Ltd., Jian 'ou Borui Trading Co., Ltd., Jiangxi Friends Garment Co., Ltd., Jiangxi Shiyixia Clothing Co., Ltd., Jinhua Yumco Import And Export Co., Ltd., Kanye Streetwear Store, Louisfashion Limited, MC Industrial (Guangzhou) Co.,Ltd., Mfashion Store, Nanchang Maikouqi Clothing Trading Co., Ltd., Nanjing Shengshiyuan International Trade Co., Ltd., NVFelix Specialty Store,

Oriental Jingwei (Xiamen) Import & Export Co., Ltd., Quanzhou Chensheng Trading Co., Ltd., Quanzhou City Fengze District Zhuoke Trading Co., Ltd., Quanzhou Fengze District Shengqiaozhi Shoes Clothing Firm, Quanzhou Hohai Trade Company Limited, Quanzhou Minyou Import And Export Co., Ltd., Quanzhou Patti Trading Co., Ltd., Shenzhen Hoyugo Fashion Co., Ltd., Shenzhen Mcgreen Technology Co., Ltd., Shishi Geteruiqu Trading Co., Ltd., Shishi Mengdiqiu Garment Co., Ltd., Shop1102547684 Store, Shop1103534945 Store, Simenual Official Store, WEIRD PUSS Official Store, Xiamen Ningning Qi E-Commerce Co., Ltd., Xiamen Zailushang Culture Media Co., Ltd., Yiwu Chuanhu Trade Co., Ltd., Yiwu Duoyiduo E-Commerce Co., Ltd., Yiwu Gendun E-Commerce Firm, Yiwu Kuayue Trade Co., Ltd., Yiwu Mongxu Ecommerce Firm, Yiwu Muxiao International Trade Co., Ltd, Yiwu Outao ECommerce Firm, Yiwu Peng Rui Jewelry Accessories Co., Ltd., Yiwu Puyang E-Commerce Firm, Yiwu Subking Technology Co., Ltd., Yiwu Weiyu Jewelry Co., Ltd., Yiwu Xinchuan Clothing Co., Ltd. and zhiciyijia Store ("Defaulting Defendants' Individual Damages Award") pursuant to 15 U.S.C. § 1117(c) of the Lanham Act, plus post-judgment interest.

## III. Injunction

1) IT IS FURTHER ORDERED, ADJUDGED AND DECREED, that Defaulting Defendants, their respective officers, agents, servants, employees and all persons acting in concert with or under the direction of Defaulting Defendants (regardless of whether located in the United States or abroad), who receive actual notice of this Order and are subject to the jurisdiction of this Court are enjoined and restrained, for a period of ten (10) years, from:

A. manufacturing, importing, exporting, advertising, marketing, promoting, distributing, displaying, offering for sale, selling and/or otherwise dealing in Counterfeit Products or any other products bearing the Denim Tears Marks and/or marks that are confusingly

similar to, identical to and constitute a counterfeiting and/or infringement of the Denim Tears Marks;

B. operation of Defaulting Defendants' User Accounts and Defaulting Defendants' Merchant Storefronts, including, without limitation, continued operation of Defaulting Defendants' User Accounts and Merchant Storefronts in violation of this Order;

C. directly or indirectly infringing in any manner Plaintiff's Denim Tears Marks;

D. using any reproduction, counterfeit, copy or colorable imitation of Plaintiff's Denim Tears Marks to identify any goods or services not authorized by Plaintiff;

E. using Plaintiff's Denim Tears Marks and/or any other marks that are confusingly similar to the Denim Tears Marks on or in connection with the manufacturing, importing, exporting, advertising, marketing, promoting, distributing, displaying, offering for sale, selling and/or otherwise dealing in the Counterfeit Products;

F. using any false designation of origin or false description, or engaging in any action which is likely to cause confusion, cause mistake and/or to deceive members of the trade and/or the public as to the affiliation, connection or association of any product manufactured, imported, exported, advertised, marketed, promoted, distributed, displayed, offered for sale or sold by Defaulting Defendants with Plaintiff, and/or as to the origin, sponsorship or approval of any product manufactured, imported, exported, advertised, marketed, promoted, distributed, displayed, offered for sale or sold by Defaulting Defendants and Defaulting Defendants' commercial activities with Plaintiff;

G. secreting, concealing, destroying, altering, selling off, transferring or otherwise disposing of and/or dealing with: (i) Counterfeit Products and/or (ii) any computer files,

data, business records, documents or any other records or evidence relating to their User Accounts, Merchant Storefronts or Defaulting Defendants' Assets and the manufacture, importation, exportation, advertising, marketing, promotion, distribution, display, offering for sale and/or sale of Counterfeit Products; and

H. effecting assignments or transfers, forming new entities or associations, or creating and/or utilizing any other platform, User Account, Merchant Storefront or any other means of importation exportation, advertising, marketing, promotion, distribution, displaying, offering for sale and/or sale of Counterfeit Products for the purposes of circumventing or otherwise avoiding the prohibitions set forth in this Order.

2) IT IS FURTHER ORDERED, ADJUDGED AND DECREED that Defaulting Defendants must deliver up for destruction to Plaintiff any and all Counterfeit Products and any and all packaging, labels, tags, advertising and promotional materials and any other materials in the possession, custody or control of Defaulting Defendants that infringe Plaintiff's Denim Tears Marks or bear any marks that are confusingly similar to the Denim Tears Marks pursuant to 15 U.S.C. § 1118.

3) IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the Defaulting Defendants and all persons in active concert and participation with them who receive actual notice of this Order and are subject to the jurisdiction of this Court, including the Third Party Service Providers and Financial Institutions who satisfy those requirements and are identified in this Order, are enjoined and restrained, for a period of ten (10) years, from:

A. Secreting, concealing, transferring, disposing of, withdrawing, encumbering or paying Defaulting Defendants' Assets from or to Defaulting Defendants' Financial Accounts.

4) IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the Defaulting Defendants and all persons in active concert and participation with them who receive actual notice of this

Order and are subject to the jurisdiction of this Court, including Third Party Service Providers who satisfy those requirements and are identified in this order are enjoined and restrained, for a period of ten (10) years, from:

A. operation of Defaulting Defendants' User Accounts and Defaulting Defendants' Merchant Storefronts, including, without limitation, continued operation of Defaulting Defendants' User Accounts and Merchant Storefronts in violation of this Order;

B. instructing, aiding or abetting Defaulting Defendants and/or any other person or business entity in engaging in any of the activities referred to in subparagraphs III(1)(A) through III(3)(A) and III(4)(A) above.

**IV. Dissolution of Rule 62(a) Stay**

1) IT IS FURTHER ORDERED, as sufficient cause has been shown, the 30-day automatic stay on enforcing Plaintiff's judgment, pursuant to Fed. R. Civ. Pro. 62(a) is hereby dissolved.

**V. Miscellaneous Relief**

1) Any failure by Defaulting Defendants to comply with the terms of this Order shall be deemed contempt of Court, subjecting Defaulting Defendants to contempt remedies to be determined by the Court, including fines and seizure of property;

2) The Court releases the Ten Thousand U.S. Dollar ($10,000.00) security bond that Plaintiff submitted in connection with this action to counsel for Plaintiff, Epstein Drangel, LLP, 6 East 45th Street, 7th Floor, New York, NY 10017; and

3) This Court shall retain jurisdiction over this matter and the parties in order to construe and enforce this Order.

**SO ORDERED.**
SIGNED this 23rd day of July, 2026.

HON. GREGORY H. WOODS
UNITED STATES DISTRICT JUDGE